UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20454-CIV-LENARD/SIMONTON



BRENDA DOE, as parent and natural guardian of JANE DOE (r.c.), a minor,

    Plaintiff(s),
vs.

CARNIVAL CORPORATION,

    Defendant(s).
_____/

FILED by ___ D.C.
JUL 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** having come before the Court on the Notice of Voluntary Dismissal Without Prejudice filed July 9, 2004, and the Court being fully advised, it is hereby,

**ORDERED AND ADJUDGED** that this matter is dismissed without prejudice. The Clerk of Court is directed to CLOSE THIS CASE forthwith. All pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 13 day of July, 2004.

                                                      _____
                                                      JOAN A. LENARD
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:      Magistrate Judge Andrea M. Simonton

counsel of record

JUL 15 2004
Rec'd in MIA Dkt _____